**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Stephan M. BULLIS, Defendant–**
**Appellant.**

**No. 07–7652.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 28, 2008.

Stephan M. Bullis, Appellant Pro Se. John Howarth Bennett, Office of the United States Attorney, Greenville, North Carolina, for Appellee.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephan M. Bullis appeals the district court's order denying his motion for modification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bullis,* No. 5:95–cr–00142–F (E.D.N.C. Oct. 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*